# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# (COOKEVILLE)

___

| | |
|---|---|
| **GAY N. SHEPHERD,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | )  Civil Action No. 2:10-cv-00125-TJC-jsb |
| | ) |
| **DEPUY ORTHOPAEDICS, INC.,** | ) |
| | ) |
|    **Defendant.** | ) |

___

**ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 2197 - IN RE: DEPUYORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

___

  This Court has considered the Motion to Stay Proceedings Pending Transfer to the Northern District of Ohio, MDL No. 2197 - *In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation* and is of the opinion that the same should be granted.

  It is, therefore, ORDERED that all proceedings and all deadlines, in the above-captioned case are STAYED pending transfer of this matter to MDL 2197 in the Northern District of Ohio.

  It is further ORDERED that Defendants shall have twenty-one (21) days from the date on which this case is transferred to MDL No. 2197 to respond to the Complaint.

                  _/s/ Todd Campbell_
                  TODD J. CAMPBELL
                  UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ Clarence A. Wilbon
Clarence A. Wilbon (023378)
Nolan M. Johnson (026399)
BASS, BERRY & SIMS PLC
Tower at Peabody Place
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Telephone – (901) 543-5900
Facsimile – (901) 543-5999
Email – cwilbon@bassberry.com
Email – njohnson@bassberry.com

*Attorneys for Defendant,*
*DePuy Orthopaedics, Inc.*

9048892.1